NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MODERUSTIC, INC.,**
*Appellant*

**v.**

**AMERICAN FIREGLASS, INC.,**
*Appellee*

---

2015-1772

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,724.

---

**JUDGMENT**

---

JOSEPH PIA, Pia Anderson Dorius Reynard & Moss, Salt Lake City, UT, for appellant. Also represented by ROBERT AYCOCK.

PHILLIP SAMOURIS, Higgs, Fletcher & Mack LLP, San Diego, CA, for appellee. Also represented by CHARLES F. REIDELBACH, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>March 11, 2016</u>      /s/ Daniel E. O'Toole
Date            Daniel E. O'Toole
                    Clerk of Court